THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>1.71 ACRES OF LAND, MORE OR LESS, SITUATED IN STARR COUNTY, STATE OF TEXAS; AND CITY OF ROMA, ET AL.,<br><br>Defendants, | SECOND AMENDMENT TO DECLARATION OF TAKING<br><br><br>CIVIL NO. 7:08-cv-00207 |

TO THE HONORABLE JUDGE ANDREW S. HANEN,
THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS:

On July 1, 2008, this proceeding commenced with the filing of a Complaint and Declaration of Taking in this Honorable Court in the name of the United States of America ("United States") for the acquisition of certain interests in lands identified as Tract RGV-RGC-1066, now identified as Tracts RGV-RGC-1066, RGV-RGC-1070, RGV-RGC-1071, RGV-RGC-1072, RGV-RGC-1073, RGV-RGC-1074, RGV-RGC-1075, RGV-RGC-1090, RGV-RGC-1091, RGV-RGC-1092, RGV-RGC-1093, RGV-RGC-1094, and RGV-RGC-1095, situated in Starr County, Texas.

On March 3, 2017, an Amended Declaration of Taking was filed.

It is now necessary to amend said Declaration of Taking as follows:

    a.    To correct the descriptions of acquired Tracts RGV-RGC-1093 and RGV-RGC-1095 with the correct final surveys of said land;

NOW, THEREFORE, I, Loren Flossman, Director, Border Air and Marine Program Management Office, Facilities Management and Engineering, Office of Facilities and Asset Management, U.S. Customs and Border Protection, Department of Homeland Security, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2135 and codified at 6 U.S.C. §§ 202, 251, 551, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security; and by DHS Delegation No. 7010.3(II)(B), which delegated land acquisition authority from the Secretary of Homeland Security to the Commissioner of U.S. Customs and Border Protection; and by CBP Delegation 08-004, which delegated land acquisition authority to the Executive Director, Facilities Management and Engineering, and by CBP Delegation 09-003, which further delegated land acquisition authority under $3 million dollars to the Director, Office of Border Patrol Program, Facilities Management and Engineering, Office of Finance; do hereby amend said Declaration of Taking and Amended Declaration of Taking to:

1. Substitute Schedule "DDD", containing the correct final survey of acquired Tracts RGV-RGC-1093 and RGV-RGC-1095, attached hereto and made a part hereof in lieu of the plat provided in Schedule "D" of the Declaration of Taking Schedule and "DD" of the Amended Declaration of Taking for said tract;

It is intended by this second amendment that the aforesaid Declaration of Taking and Amended Declaration of Taking (as heretofore amended) is not changed, and is not intended to be changed, in any respect except as hereinabove expressly set forth.

IN WITNESS WHEREOF, the undersigned, Director, Border Patrol Air and Marine Program Management Office, Facilities Management and Engineering, Office of

Facilities and Asset Management, U.S. Customs and Border Protection, Department of Homeland Security, hereunto subscribes his name by direction of the Secretary of the Department of Homeland Security, this 24th day of April, 2017 in the City of Washington, District of Columbia.

Loren Flossman
Director, Border Patrol Air and Marine Program Management Office
Facilities Management and Engineering
Office of Facilities and Asset Management
U.S. Customs and Border Protection
Department of Homeland Security

Second Amended Declaration of Taking-3

# Schedule DDD

## SCHEDULE "DDD"



LAND TO BE CONDEMNED

Tract: RGV- RGC-1093
Owner: Guadalupe Trevino, et al.
Acres: 0.086

Second Amended Declaration of Taking-4

**SCHEDULE "DDD"**



**LAND TO BE CONDEMNED**

Tract: RGV- RGC-1095
Owner: City of Roma, et al.
Acres: 0.062

Second Amended Declaration of Taking-5